**Order entered May 19, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00541-CV

## IN RE HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02312-M**

## ORDER

Based on the court's opinion of this date we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/    JIM MOSELEY
        JUSTICE